# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __15-2182__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Nabil Asterbadi__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

_/s/ David B. Lamb_
(signature)

__David B. Lamb__          __202-785-4822__
Name (printed or typed)     Voice Phone

__Law Offices of David B. Lamb__   __202-785-2210__
Firm Name (if applicable)          Fax Number

__1740 N Street, NW__

__Washington, DC 20036__           __dbl@lambsoffice.com__
Address                            E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __November 5, 2015__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

Steven Leitess, Esquire
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland   21117
Gordon Young, Esquire
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland   21117

Gilbert David Dean, II
10451 Mill Run Circle, Suite 1000
Owings Mills, Maryland   21117

_/s/ David B. Lamb_          __11/5/15__
Signature                    Date

05/07/2014
SCC