FILED: December 10, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2182
(8:15-cv-01371-PWG)
_____

WELLS FARGO EQUIPMENT FINANCE, INCORPORATED

      Plaintiff - Appellee

v.

NABIL J. ASTERBADI

      Defendant - Appellant

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 12/18/2015

Opening brief due: 12/18/2015

Response brief due: 01/20/2016

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk